1  William H. Newkirk (SBN 66984)
   LAW OFFICES OF WILLIAM H. NEWKIRK
2  1801 Century Park East #1920
   Los Angeles, CA 90067
3  Ph:    310/ 477-7122
   Fax:   310/477-9604
4  BNEWKIRK@NEWKIRKLAWLLP.COM

5  Attorney for Plaintiff,
   WILLIAM ROBINSON

LAW OFFICES OF WILLIAM H. NEWKIRK
1801 Century Park East #1920
Los Angeles, CA 90067
310/477-7122  Fax: 310/477-9604

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, | **CASE NO: 1:09-CV-00166-LJO-DLB** |
| Plaintiff, | Assigned to the Hon. Dennis L. Beck, U.S. Magistrate Judge, CtRm: #9 |
| vs. | and |
| KAWEAH DELTA HOSPITAL; KAWEAH DELTA HEALTH CARE DISTRICT; FAMILY HEALTH CARE NETWORK; PARLEY MADSEN III, M.D.; AMANDA SEGARS, P.A.;, and DOES 1 through 100, Inclusive, | Assigned to the Hon. Lawrence O'Neill, U.S. District Judge, Courtroom: #4 |
| | Complaint Filed: 1/26/09 |
| Defendants. | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| | Date:   May 7, 2009 |
| | Time:   9:00 a.m. |
| _____ | CtRm:   9 |

**TO THE HON. DENNIS L. BECK, U.S. MAGISTRATE JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, a Mandatory Scheduling Conference has been scheduled for May 7, 2009, at 9:00 a.m. in CtRm. 9 of the above-entitled Court, located at 2500 Tulare Street, Fresno, CA 93721;

WHEREAS, Counsel for Plaintiff has initiated service of Defendant FAMILY HEALTH CARE NETWORK, which service is in process and expected to complete within

1
**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER**

LAW OFFICES OF WILLIAM H. NEWKIRK
1801 Century Park East #1920
Los Angeles, CA 90067
310/477-7122  Fax: 310/477-9604

1 the next two weeks;

2 WHEREAS, it has just come to the immediate attention of Counsel for Plaintiff that all parties herein must have been served prior to the Scheduling Conference;

4 WHEREAS, the Scheduling Conference must occur within 120 days of the filing of the Complaint, which date would be no later than May 26, 2009;

6 IT IS HEREBY STIPULATED BY AND AMONGST THE PARTIES that the Mandatory Scheduling Conference be continued to May 19, 2009, at 9:00 a.m. in CtRm. 9 of the above-captioned Court.

SO STIPULATED:

DATED:  April 30, 2009					LAW OFFICES OF WILLIAM H. NEWKIRK


By _____/s/_____
    William H. Newkirk
    Attorney for Plaintiff,
    WILLIAM ROBINSON

DATED:  April 30, 2009					NELSON & ROZIER


By _____/s/_____
    Jeffrey S. Nelson
    Attorney for Defendant,
    KAWEAH HEALTH CARE
    DISTRICT

DATED:  April 30, 2009					LAW OFFICES OF LeBEAU-THELEN


By _____/s/_____
    Dennis R. Thelen
    Attorney for Defendant,
    PARLEY MADSEN III, M.D.

2
**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER**

William H. Newkirk (SBN 66984)
LAW OFFICES OF WILLIAM H. NEWKIRK
1801 Century Park East #1920
Los Angeles, CA 90067
Ph:   310/ 477-7122
Fax: 310/477-9604
BNEWKIRK@NEWKIRKLAWLLP.COM

Attorney for Plaintiff,
WILLIAM ROBINSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, | **CASE NO:   1:09-CV-00166-LJO-DLB** |
| Plaintiff, | Assigned to the Hon. Dennis L. Beck, U.S. Magistrate Judge, CtRm: #9 |
| vs. | and |
| KAWEAH DELTA HOSPITAL; KAWEAH DELTA HEALTH CARE DISTRICT; FAMILY HEALTH CARE NETWORK; PARLEY MADSEN III, M.D.; AMANDA SEGARS, P.A.;, and DOES 1 through 100, Inclusive, | Assigned to the Hon. Lawrence O'Neill, U.S. District Judge, Courtroom: #4 |
| | Complaint Filed:  1/26/09 |
| Defendants. | **ORDER** |
| | Date:       May 7, 2009 |
| | Time:      9:00  a.m. |
| _____ | CtRm:     9 |

GOOD CAUSE APPEARING,

The Order To Continue the Mandatory Scheduling Conference to May 19, 2009, at 9:00 am is granted.

IT IS SO ORDERED.

**Dated:   May 4, 2009**                    **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

3
**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER**