# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, | CASE NO. CV F 09-0166 LJO DLB |
| Plaintiff, | **ORDER TO DENY REQUEST TO DISMISS** (Doc. 22.) |
| vs. | |
| KAWEAH DELTA HOSPITAL, et al, | |
| Defendants. / | |

On May 20, 2009, plaintiff filed a California Judicial Council form to attempt to dismiss defendant Parley Madsen III, M.D. Plaintiff's attempt to dismiss the defendant fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by a defendant who has appeared. As such, this Court DENIES dismissal of the defendant in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court will entertain a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel to obey the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   May 20, 2009**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1