Dennis R. Thelen, SBN 83999
LAW OFFICES OF
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for Defendant
PARLEY MADSEN III, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, | CASE NO.: 1:09-CV-00166-LJO-GSA |
| Plaintiff, | Assigned to the Hon. Gary S. Austin, U. S. Magistrate Judge, Courtroom 10 |
| vs. | and |
| KAWEAH DELTA HOSPITAL; KAWEAH DELTA HEALTH CARE DISTRICT; FAMILY HEALTH CARE NETWORK; PARLEY MADSEN III, M.D.; AMANDA SEGARS, P.A.; AND DOES 1 through 100, Inclusive, | Assigned to the Hon. Lawrence J. O'Neill, U. S. District Judge, Courtroom 4 |
| | Complaint Filed:   February 5, 2008 |
| Defendants. | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF PARLEY MADSEN III, M.D. PURSUANT TO F.R.C.P. 41(a)** |

**TO THE HON. GARY S. AUSTIN, U.S. MAGISTRATE JUDGE, TO THE HON. LAWRENCE J. O'NEILL, U.S. DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Federal Rules of Civil Procedure 41(a), all parties desire, and have no objection to, dismissing PARLEY MADSEN III, M.D., in this Federal Court Action;

IT IS HEREBY STIPULATED BY AND AMONGST THE PARTIES that PARLEY MADSEN III, M.D., be so dismissed.

///

SO STIPULATED:

Dated: November 4, 2009                LAW OFFICES OF WILLIAM H. NEWKIRK


By: /s/ William H. Newkirk
    William H. Newkirk
    Attorney for Plaintiff,
    WILLIAM ROBINSON


Dated: November 3, 2009                NELSON & ROZIER


By: /s/ Jeffery Nelson
    Jeffery Nelson
    Attorney for Defendant,
    KAWEAH HEALTH CARE DISTRICT


Dated: November 3, 2009                LeBEAU-THELEN, LLP


By: /s/ Dennis R. Thelen
    Dennis R. Thelen
    Attorney for Defendant,
    PARLEY MADSEN III, M.D.


Dated: November 3, 2009                UNITED STATES OF AMERICA


By: /s/ Benjamin E. Hall
    Benjamin E. Hall
    Attorney for Defendant,
    UNITED STATES OF AMERICA

IT IS SO ORDERED.

**Dated:   November 5, 2009**                /s/ Lawrence J. O'Neill
    UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF PARLEY MADSEN III, M.D. PURSUANT OT F.R.C.P. 41(a)**