1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant
   United States of America
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 WILLIAM ROBINSON,            )   1:09-cv-00166-LJO-GSA
                                )   consolidated with 09-cv-1403
12                              )   (lead case)
                 Plaintiff,     )
13                              )   **STIPULATION AND ORDER FOR**
        v.                      )   **DISMISSAL OF CLAIMS AND TO**
14                              )   **CONSOLIDATE CASES**
   KAWEAH DELTA HOSPITAL; KAWEAH )
15 DELTA HEALTH CARE DISTRICT;  )
   FAMILY HEALTH CARE NETWORK;  )
16 PARLEY MADSEN, III, M.D.,and )
   AMANDA SEGARS, P.A.; and DOES )
17 1 through 100, inclusive,    )
                                )
18               Defendants.    )
                                )
19 ─────────────────────────────)

20      The parties, by and through their attorneys, hereby

21 stipulate and agree and request that the Court order as follows:

22      1.   Plaintiff's claims against Kaweah Delta Hospital and

23 Kaweah Delta Health Care District shall be dismissed with

24 prejudice from this matter only, Case No. 1:09-cv-00166-LJO-GSA.

25      2.   Thereafter this action shall be consolidated for all

26 purposes with William Robinson v. Kaweah Delta Hospital et al.,

27 Case No. 1:09-cv-01403-LJO-GSA, because the actions involve

28                              1

common parties, common claims and common witnesses, and
consolidation serves the interests of judicial economy and
convenience of the Court and the parties.

    3.   All further filings in these cases shall be made under
Case No. 1:09-cv-01403-LJO-GSA.

                                Respectfully submitted,

Dated: December 7, 2009.         BENJAMIN B. WAGNER
                                United States Attorney


                        By:   /s/ Benjamin E. Hall
                                BENJAMIN E. HALL
                                Assistant U.S. Attorney
                                Attorneys for Defendant
                                United States of America

Dated: December 7, 2009.         LAW OFFICES OF WILLIAM H.
                                NEWKIRK

                                [Authorized 12/4/09]

                        By:   /s/ William H. Newkirk
                                WILLIAM H. NEWKIRK
                                Attorneys for Plaintiff

Dated: December 7, 2009.         NELSON & ROZIER

                                [Authorized 12/3/09]

                        By:   /s/ Jeffery S. Nelson
                                JEFFERY S. NELSON
                                Attorneys for Defendants
                                Kaweah Delta Hospital and
                                Kaweah Delta Health Care
                                District

                              **ORDER**

    Plaintiff's claims against Kaweah Delta Hospital and Kaweah
Delta Health Care District shall be dismissed with prejudice from
this matter only, Case No. 1:09-cv-00166-LJO-GSA.  The remainder
of the above entitled action shall be consolidated with William
Robinson v. Kaweah Delta Hospital et al., Case No. 1:09-cv-01403-

                                2

1  LJO-GSA, which shall be the lead case.   All further filings shall

2  be made solely in the lead case.

3  IT IS SO ORDERED.

4  **Dated:   December 8, 2009**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL
OF CLAIMS AND TO CONSOLIDATE CASES